Crosby S. Connolly, Esq. (SBN: 286650)
crosby@westcoastlitigation.com
Joshua B. Swigart, Esq. (SBN: 225557)
josh@westcoastlitigation.com
**HYDE & SWIGART**
2221 Camino Del Rio South, Suite 101
San Diego, CA 92108
Telephone: (619) 233-7770
Facsimile: (619) 297-1022

Attorneys for the Plaintiff

*GRANTED — Judge Maria-Elena James, United States District Court, Northern District of California*

```
The parties have requested 30 days in which to file
their Dismissal with prejudice. The Court hereby
GRANTS that request and shall anticipate a dismissal
in approx. no later than April 6, 2015. All pending
deadlines and filing requirements are hereby VACATED.
Dated: 3/6/2015
```

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID DANFORTH,**<br><br>Plaintiff,<br><br>v.<br><br>**CAVALRY SPV I, LLC and SUTTELL, HAMMER & WHITE, APC,**<br><br>Defendants, | Case Number: 3:15-CV-00447-MEJ<br><br>**NOTICE OF SETTLEMENT** |

//
//
//
//
//

NOTICE IS HEREBY GIVEN that this case has been settled in its entirety. The Parties anticipate filing a Joint Motion for dismissal of this action in its entirety with prejudice within 30 days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after April 3, 2015 for filing a joint dismissal.

Respectfully submitted,

Date: March 5, 2015

**HYDE & SWIGART**

By: _s/ Crosby S. Connolly_
Crosby S. Connolly
Attorneys for Plaintiff