# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DAVID DANFORTH,**<br><br>        Plaintiff,<br><br>v.<br><br>**CAVALRY SPV I, LLC AND SUTTELL, HAMMER & WHITE, APC,**<br><br>        Defendants. | Case No: 3:15-CV-00447-MEJ<br><br>~~[PROPOSED]~~ ORDER GRANTING PLAINTIFF'S REQUEST FOR VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE<br><br>**HON. MARIA-ELENA JAMES** |

Based upon Plaintiff's Request for Voluntary Dismissal of Action With Prejudice, and good cause, this Court hereby orders the dismissal of the Action With Prejudice. This court retains jurisdiction for purposes of settlement.

IT IS SO ORDERED.

Dated: April 6, 2015

_____
HON. MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE